UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY STALIN MATAMOROS-PROANO,<br><br>            Petitioner,<br><br>    v.<br><br>ICE, et al.,<br><br>            Respondents. | Case No.: 1:15-cv-01766-JLT<br><br>ORDER TO SHOW CAUSE WHY THE PETITION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER TO FILE AN AMENDED PETITION<br><br>30-DAY DEADLINE |

Petitioner is detained by the United States Bureau of Immigration and Customs Enforcement. On December 2, 2015, the Court ordered Petitioner to file an amended petition within thirty days because he had not provided sufficient information about his claims. (Doc. 3).  Petitioner has not done so nor has he requested an extension of time to do so.  Thus, the Court **ORDERS**:

1.     **Within 30 days**, Petitioner is **SHALL** show cause in writing why the petition should not be dismissed for failure to comply with the Court's order to file an amended petition.

**Petitioner is admonished that his failure to comply with this order may result in an order dismissing the petition pursuant to Local Rule 110**.

IT IS SO ORDERED.

   Dated:   **January 26, 2016**                    /s/ Jennifer L. Thurston
                                                       UNITED STATES MAGISTRATE JUDGE